**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **WAYNE G. GRIFFIN, <u>et al.</u>,** | * | |
| **Plaintiff** | * | |
| **v.** | * | |
| | | **Case No. 8:09-CV-01759-AW** |
| **CHICAGO TITLE INSURANCE** | * | |
| **COMPANY, INC.** | | |
| | * | |
| **Defendant.** | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION OF EXTENSION OF TIME TO**
**<u>FILE REPLY IN SUPPORT OF MOTION TO DISMISS</u>**

Chicago Title Insurance Company, Inc. ("Chicago Title") and Plaintiffs Wayne G. Griffin, Yvette J. Griffin and Jonathan L. Stevenson, by their respective undersigned counsel, hereby stipulate and agree that the deadline for the filing of Chicago Title's Reply Memorandum in support of its Motion to Dismiss be and hereby is extended from September 17, 2009 to September 23, 2009.

<table>
<tr><td>

<u>/s/ Erwin R.E. Jansen</u>
Erwin R.E. Jansen (No. 16283)
 erj@jansenlaw.net
Law Offices of Erwin R.E. Jansen, LLC
4550 Forbes Blvd., Suite 110
Lanham, Maryland 20706
(301) 429-9790
Attorneys for Plaintiffs
\*Signed electronically by
  M. Elizabeth Nowinski with permission
 of Erwin R.E. Jansen

</td><td>

<u>/s/ M. Elizabeth Nowinski</u>
Ira L. Oring (No. 00733)
 ioring@fedgar.com
M. Elizabeth Nowinski (No. 27499)
 bnowinski@fedgar.com
Fedder and Garten Professional Association
36 South Charles Street, Suite 2300
Baltimore, Maryland 21201
(410) 539-2800
Attorneys for Chicago Title Insurance
 Company

</td></tr>
</table>

**SO ORDERED.**

_____
Alexander Williams, Jr.
Judge, United Stated District Court for
District of Maryland